Warren SMALL, Defendant
Below, Appellant

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 565, 2015

Supreme Court of Delaware.

Submitted: November 2, 2015

Decided: December 4, 2015

Court Below—Superior of the State of Delaware, in and for New Castle County, Cr. ID 1209020733.

DISMISSED.

Donovan J. GARVIN, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 476, 2015

Supreme Court of Delaware.

Submitted: October 7, 2015 [1]
Decided: December 7, 2015

Court Below—Superior Court of the State of Delaware, in and for Kent County, Cr. ID No. 1302013656.

AFFIRMED.

Harold C. BISSOON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 316, 2015

Supreme Court of Delaware.

Submitted: September 17, 2015
Decided: December 7, 2015

Court Below—Superior Court of the State of Delaware in and for New Castle County, Cr. ID No. 1212011142.

AFFIRMED.

1. The motion to affirm was filed on September 21, 2015, but the record was filed on October 7, 2015.